UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIEANNE FOSTER,<br><br>        Plaintiff,<br><br>    vs.<br><br>BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION, EMC MORTGAGE CORPORATION, FIRST GLOBAL PACIFIC FUNDING and DOES 1-10,<br><br>        Defendants. | Case No.:  2:08-cv-01691-LKK-KJM<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br><br>Complaint Filed: 07/22/2008 |

    Defendants EMC Mortgage Corporation and Bear Stearns Residential Mortgage Corporation have requested an extension of time to file a response to plaintiff Leslieanne Foster's complaint pursuant to Local Rule 6-144(c).  Having considered the application, and good cause appearing,

    IT IS HEREBY ORDERED THAT the application is granted, and EMC and Bear Stearns deadline to respond to plaintiff's complaint is continued until September 5, 2008.

    DATED:  August 18, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

11474/0116/684275.1          Case No.:  2:08-cv-01691-LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com