UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIEANNE FOSTER,

         Plaintiff,

    v.

BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION, EMC MORTGAGE CORPORATION, FIRST GLOBAL PACIFIC FUNDING and DOES 1-10,

         Defendants.

                             /

NO. CIV. S-08-1691 LKK/KJM

O R D E R

A hearing on defendants' motion to dismiss was set in the above-captioned case for October 20, 2008. Counsel for defendants appeared but counsel for plaintiff did not.

Accordingly, the court orders as follows:

1. Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing by November 10, 2008 why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, in addition to the attorney's fees incurred by

1

    counsel for defendants, for the failure to appear at the hearing.

2.  A further hearing on the motion to dismiss is hereby SET for November 17, 2008 at 10:00 a.m.

3.  Counsel for defendants is ordered to file by November 10, 2008 an affidavit stating the attorney's fees incurred by the failure of plaintiff's counsel to appear at the hearing.

IT IS SO ORDERED.

DATED: October 21, 2008.

           /s/ Lawrence K. Karlton
           LAWRENCE K. KARLTON
           SENIOR JUDGE
           UNITED STATES DISTRICT COURT