UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIEANNE FOSTER,

        Plaintiff,

    v.

BEAR STEARNS RESIDENTIAL
MORTGAGE CORPORATION, EMC
MORTGAGE CORPORATION, FIRST
GLOBAL PACIFIC FUNDING and
DOES 1-10,

        Defendants.
_____/

NO. CIV. S-08-1691 LKK/KJM

O R D E R

On November 17, 2008, this court heard oral argument on defendants' motion to dismiss all or part of eleven of plaintiff's twelve causes of action. Plaintiff has stated that she does not oppose dismissal of her third, fourth, fifth, and twelfth causes of action, and the court grants dismissal as to these claims. As to plaintiff's remaining claims, it appears to the court that the structure of the relationships between defendants and other parties may be so opaque that it is impossible for plaintiff to properly plead.

1

1  Accordingly, the court hereby ORDERS as follows:
2      1.  Plaintiff's third, fourth, fifth, and twelfth causes of
3          action are dismissed, otherwise consideration of
4          defendants' motion is stayed.
5      2.  The plaintiff is granted leave to conduct discovery on
6          who the various parties are, and what function they
7          actually performed relative to the loan.
8      3.  Within 90 days from the date of this order, plaintiff
9          must file either an amended complaint or notice stating
10         that no such complaint will be filed.
11     4.  If plaintiff files an amended complaint, ruling on the
12         remaining claims will be deemed moot. If an amended
13         complaint is not filed, the matter will stand submitted.
14  IT IS SO ORDERED.
15  DATED: November 19, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2