1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10  LESLIEANNE FOSTER,

11                                        NO. CIV. S-08-1691 LKK/KJM
                Plaintiff,

12
        v.

13                                        O R D E R
    BEAR STEARNS RESIDENTIAL
14  MORTGAGE CORPORATION, EMC
    MORTGAGE CORPORATION, FIRST
15  GLOBAL PACIFIC FUNDING and
    DOES 1-10,

16
                Defendants.

17  _____/

18      As a result of plaintiff's counsel's failure to appear at the

19  October 20, 2008 hearing in the above-captioned case, this court

20  issued an order to show cause regarding sanctions.  This court is

21  in  receipt  of  the  parties'  responses,  including  defendant's

22  counsel's statement of fees, amounting to $1237.50.

23      Accordingly, the court orders as follows:

24      1.   Counsel for plaintiff is hereby sanctioned and ORDERED

25           to pay One Hundred Fifty Dollars ($150) to the clerk of

26           the court by December 22, 2008, as permitted by Local

1

1          Rule 11-110.

2     2.   Counsel is also ORDERED to pay defense counsel $1237.50

3          by the same date.

4     3.   Counsel shall file an affidavit accompanying the payment

5          of this sanction which states that it is paid personally

6          by counsel, out of personal funds, and is not and will

7          not be billed, directly or indirectly, to the client or

8          in any way made the responsibility of the client as

9          attorneys' fees or costs.

10    IT IS SO ORDERED.

11    DATED:  December 2, 2008.

12

13

14                         LAWRENCE K. KARLTON

15                         SENIOR JUDGE
                           UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26