UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIEANNE FOSTER,

        Plaintiff,

    v.

BEAR STEARNS RESIDENTIAL
MORTGAGE CORPORATION, EMC
MORTGAGE CORPORATION, FIRST
GLOBAL PACIFIC FUNDING and
DOES 1-10,

        Defendants.
                                      /

NO. CIV. S-08-1691 LKK/KJM

O R D E R

    Plaintiff Leslianne Foster alleges that defendants, various financial institutions, violated state and federal laws by failing to disclose the material terms of plaintiff's home loan transactions. Defendants move to dismiss two claims in plaintiff's first amended complaint. Plaintiff filed a statement of non-opposition to this motion. Accordingly, this motion is granted.

    Additionally, the court takes this opportunity to confirm that it will accept plaintiff's amended complaint. Defendants previously moved to dismiss numerous claims brought in plaintiff's

1

1  original complaint.  On November 20, 2008, this court stayed
2  resolution of the majority of this motion, instead granting
3  plaintiff 90 days in which to conduct limited discovery. Pursuant
4  to that order, at the end of these 90 days, plaintiff was to either
5  file an amended complaint or inform that court that no such
6  complaint would be forthcoming, in which case the court would
7  resolve the remainder of the initial motion to dismiss.  On March
8  17, 2009, 117 days after that order was issued, defendants filed
9  a status report noting that plaintiff had not responded to the
10 November order, and asking this court to rule on the pending motion
11 to dismiss.  This court signed an order granting the motion to
12 dismiss in part on April 8, 2009.  At 1:10 a.m. on April 9, 2009,
13 eight hours before that order was docketed, plaintiff filed an
14 amended complaint.  The amended complaint adds Wells Fargo and
15 Citibank as additional defendants, and re-alleges certain claims
16 for which this court granted defendant's motion to dismiss.  The
17 instant motion to dismiss disposes of these claims.  Defendants
18 have not otherwise challenged this tardy amended complaint.
19 Accordingly, this court will accept plaintiff's amended complaint.

**CONCLUSION**

21     Defendants' motion to dismiss, Doc. No. 34, is GRANTED.  The
22 court DISMISSES plaintiff's second claim insofar as this claim
23 alleges a violation of the Fair Debt Collection Practices Act and
24 plaintiff's fifth claim, for breach of the implied covenant of good
25 faith and fair dealing.
26 ////

1   IT IS SO ORDERED.

2   DATED:  June 8, 2009.

3

4

5   _____
    LAWRENCE K. KARLTON
6   SENIOR JUDGE
    UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26