UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIEANNE FOSTER,

        Plaintiff,

    v.

BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION, EMC MORTGAGE CORPORATION, FIRST GLOBAL PACIFIC FUNDING and DOES 1-10,

        Defendants.
_____/

NO. CIV. S-08-1691 LKK/KJM

O R D E R

A pretrial conference is set for May 17, 2010. On May 10, 2010, defendants filed a pretrial statement indicating that they believe they have reached a settlement with plaintiff, but have been unable to reach plaintiff's counsel. Plaintiff did not file a separate pretrial statement, and no joint statement has been filed. Court staff attempted to call plaintiff's counsel to determine if he will be filing a pretrial statement, but was unable to reach counsel or leave a telephone message for counsel.

////

1

1   For the foregoing reasons the court orders as follows:
2   (1)  The pretrial conference set for May 17, 2010 is VACATED.
3   (2)  Plaintiff shall inform the court within 120 days of the
4        issuance of this order whether she (1) agrees with
5        defendant that this case has settled; (2) has retained
6        new counsel; (3) is seeking new counsel; or (4) has no
7        counsel and is not seeking new counsel.
8   (3)  If plaintiff agrees that this case is settled, defendant
9        shall file the appropriate documents disposing of the
10       case.
11  (4)  Defendant's counsel is instructed to provide plaintiff
12       with a copy of this order.
13  IT IS SO ORDERED.
14  DATED: May 11, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2