UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIEANNE FOSTER,

          Plaintiff,

    v.

BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION, EMC MORTGAGE CORPORATION, FIRST GLOBAL PACIFIC FUNDING and DOES 1-10,

          Defendants.

                               NO. CIV. S-08-1691 LKK/KJM

                               O R D E R

/

     On August 5, 2010, plaintiff filed a notice of settlement. On August 10, 2010, the court ordered that dispositional documents shall be filed within twenty (20) days. On August 30, 2010, defendants' counsel filed a declaration explaining that dispositional documents cannot be filed because plaintiff no longer agrees to the terms of the negotiated settlement, but instead requests the addition of a new term. He also attached several emails between plaintiff, plaintiff's counsel, and defendants' counsel, which suggest that plaintiff believes that her counsel

1

1  misrepresented the terms of the settlement to her and that her
2  counsel is not entitled to fees.
3      Defendants' counsel testifies that he has communicated the
4  plaintiff's proposed new settlement term to his client, and is
5  awaiting a response. For this reason, he requests an additional
6  thirty (30) days to file dispositional documents in this case.
7      For the foregoing reasons, the court ORDERS that the
8  dispositional documents disposing of the case be filed no later
9  than thirty (30) days from the effective date of this order.
10     IT IS SO ORDERED.
11     DATED: September 2, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2