JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION, EMC MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., AS TRUSTEE, AND CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATE HOLDERS OF BEAR STEARNS TRUST 2007-1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leslieanne Foster, | **CASE NO.:** 2:08-cv-01691-LKK-KJM |
| Plaintiff, | **JUDGE:**   Hon. Lawrence K. Karlton |
| v. | **STIPULATION FOR DISMISSAL OF FIRST AMENDED COMPLAINT WITH PREJUDICE** |
| Bear Stearns Residential Mortgage Corporation, EMC Mortgage Corporation, Wells Fargo Bank, N.A. as Trustee and Citibank N.A. as Trustee for Certificate Holders of Bear Stearns Trust 2007-1, | **(FRCP 41(a)(2) )** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective attorneys of record and plaintiff Leslieanne Foster ("Plaintiff") that in light of the settlement, the entirety of the First Amended Complaint as to all defendants is dismissed with prejudice.

DATED: December 7, 2010                    ADORNO YOSS ALVARADO & SMITH
                                           A Professional Corporation


                                           By: /s/_____
                                               JOHN M. SORICH
                                               CHRISTOPHER YOO
                                               Attorneys for Defendants
                                               BEAR STEARNS RESIDENTIAL
                                               MORTGAGE CORPORATION, EMC
                                               MORTGAGE CORPORATION, WELLS
                                               FARGO BANK, N.A., AS TRUSTEE, AND
                                               CITIBANK, N.A., AS TRUSTEE FOR
                                               CERTIFICATE HOLDERS OF BEAR
                                               STEARNS TRUST 2007-1

DATED: November 10,_2010


                                           By: /s/_____
                                               Plaintiff LESLIEANNE FOSTER
                                               \

DATED: December 9, 2010                    LAW OFFICES OF DUANE L. TUCKER


                                           By: /s/_____
                                               DUANE L. TUCKER
                                               Attorney for Plaintiff
                                               LESLIEANNE FOSTER

2
STIPULATION FOR DISMISSAL; AND ORDER THEREON

1159553.1

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

The First Amended Complaint filed in this action is dismissed in its entirety as to all defendants with prejudice.

Date:   December 10, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT